# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PINKZEBRA MUSIC, LLC | |
| Plaintiff, | |
| v. | Case No. 2020-cv-7420 |
| MFCXY, Inc., MyFreeCams.com, and Crakmedia, Inc. | JURY TRIAL DEMANDED |
| Defendants. | |

### PLAINTIFF PINKZEBRA MUSIC LLC'S FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i) NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT

Plaintiff, Pinkzebra Music, LLC pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) hereby voluntarily dismisses the Complaint filed in the above captioned proceeding with prejudice, with each party to bear their own fees and costs. Defendants have not answered the Complaint or filed a motion for summary judgement.

Accordingly, the Plaintiff notifies the Court and Defendants that the Complaint has been dismissed with prejudice, with each party to bear their own fees and costs.

Dated: February 16, 2021

Respectfully submitted,

By: */s/ Adam Wolek*
Adam Wolek (awolek@taftlaw.com)
Taft Stettinius & Hollister LLP
111 East Wacker, Suite 2800
Chicago, IL 60601
Tel.: (312) 836-4063
Fax: (312) 966-8598

*Attorney for Pinkzebra Music, LLC*

**CERTIFICATE OF SERVICE**

    The undersigned certifies that on February 16, 2021, he caused to be electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Northern District of Illinois using the CM/ECF system.

                                                  */s/ Adam Wolek*